**QUILL & ARROW, LLP**
Bryan C. Altman (SBN 122976)
baltman@quillarrowlaw.com
Gregory Sogoyan (SBN 316832)
gsogoyan@quillarrowlaw.com
Luis A. Serrano (SBN 349024)
lserrano@quillarrowlaw.com
10880 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90024
Telephone: (310) 933-4271
Fax: (310) 889-0645
Attorneys for Plaintiff,
HARPER & ASSOCIATES, LLC.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
LISA M. GIBSON (SBN 194841)
RYAN E. COSGROVE (SBN 277907)
AMY M. TOBOCO (SBN 149508)
lisa.gibson@nelsonmullins.com
ryan.cosgrove@nelsonmullins.com
amy.toboco@nelsonmullins.com
19191 South Vermont Avenue, Suite 900
Torrance, CA  90502
Telephone:  (424) 221-7400
Facsimile:   (424) 221-7499
Attorneys for Defendant
MCLAREN AUTOMOTIVE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WOLAN, an individual, and HARPER & ASSOCIATES, LLC., a California Limited Liability Company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation, and DOES 1 to 10, inclusive,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-00331 HDV-SK<br><br>Assigned to Honorable Hernán D. Vera<br>Magistrate Judge Steve Kim<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  December 16, 2022<br>Action Removed:  January 17, 2023<br>Trial Date: October 22, 2024 |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff Harper & Associates, LLC and Defendant McLaren Automotive, Inc. (collectively, "the Parties") have reached a settlement in this matter.

The Parties respectfully request the Court vacate the trial date and all related deadlines and set a Settlement Disposition Conference in ninety (90) days to allow the Parties to effectuate the terms of the settlement. The Parties anticipate filing a Joint Motion for Dismissal with Prejudice within ninety (90) days.

Dated: October 11, 2024            Respectfully submitted,

                                             NELSON MULLINS RILEY & SCARBOROUGH LLP

                                             By:    */s/ Lisa M. Gibson*
                                                        Lisa M. Gibson
                                                        Ryan E. Cosgrove
                                                        Amy M. Toboco

                                             Attorneys for Defendant,
                                             MCLAREN AUTOMOTIVE, INC.


Dated: October 11, 2024            QUILL & ARROW LLP

                                             By:    */s/ Luis A. Serrano*
                                                        Bryan C. Altman
                                                        Gregory Sogoyan
                                                        Luis A. Serrano

                                             Attorneys for Plaintiff
                                             HARPER & ASSOCIATES, LLC

## **SIGNATURE ATTESTATION**

I hereby certify that authorization for submission of this document has been obtained from each of the other signatories shown above and that all signatories concur in the document's content and filing.

/s/ *Lisa M. Gibson*
Lisa M. Gibson

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ *Lisa M. Gibson*
Lisa M. Gibson