1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WOLAN, an individual, and HARPER & ASSOCIATES, LLC., a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>MCLAREN AUTOMOTIVE, INC., a Delaware Corporation, and DOES 1 to 10, inclusive,<br><br>Defendants, | Case No.: 2:23-cv-00331 HDV-SK<br><br>*Assigned Judge: Hernan D. Vera*<br><br>**[~~PROPOSED~~] ORDER OF DISMISSAL** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2   Based on the stipulation of the parties, and good cause appearing therefore,
3   the stipulation is granted. The entire action, including all claims and counterclaims
4   stated herein against all parties, is hereby ORDERED dismissed with prejudice.

5

6   **IT IS SO ORDERED.**

7

8

9   DATE: 01/14/25                By: _____
10                                      Hon. Assigned Judge
                                        Hernan D. Vera
11                                      United States District Judge